UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

COPY

UNITED STATES OF AMERICA )
)
v. ) CR NO:
) 1: 11 MJ 00210 SLB
Eric Beauchamp )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum.
Name of Detainee: **Eric Beauchamp**

Detained at (custodian): **Soledad State Prison-California**

Detainee is: a.) ☐ charged in this district by:
☐ Indictment ☐ Information ☒ Complaint
Charging Detainee With: **Conspiracy to Cultivate Marijuana 21 USC 846**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _Kathleen A._
Printed Name & Phone No: **Kathleen A. Servatius (559) 497-4077**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum ☐ Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 10/12/2011
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Yosh | Male ☐ | Female ☐ |
| Booking or CDC #: | E-87593 | DOB: | 07/02/1968 |
| Facility Address: | Highway 101 North * | Race: | |
| | Soledad, California 93960 | FBI #: | |
| Facility Phone: | (831) 678-3951 | | |
| Currently Incarcerated For: | Murder - PC 187 | | |

---

### RETURN OF SERVICE

Executed on _____ by _____
(Signature)

Form Crim-48 Revised 11/19/97