1    **HARRY M. DRANDELL #109293**
     **LAW OFFICES OF HARRY M. DRANDELL**
2    1221 VAN NESS AVENUE, SUITE 450
     FRESNO, CA 93721
3    PHONE (559) 442-8888
     FAX (559) 442-8891
4

5    ATTORNEYS FOR  Defendant, Eric Beauchamp

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * *

11   UNITED STATES OF AMERICA,    )    **CASE NO:  1:11-CR-00384 AWI**
                                  )
12        Plaintiff,              )    **STIPULATION TO CONTINUE MOTIONS**
                                  )    **HEARING; [PROPOSED] ORDER**
13   v.                           )
                                  )
14   ERIC BEAUCHAMP,              )    Date: March 12, 2012
                                  )    Time: 1:00 p.m.
15        Defendant.              )    HON. DENNIS L. BECK
     _____ )    Dept. 9
16

17           IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel that the motions hearing in the above-captioned matter now set for March 12,

19   2012, may be continued to April 9, 2012, at 1:00 p.m.

20           The reason for continuance is to permit counsel additional time to review discovery

21   recently received.  This continuance will conserve time and resources for both parties and the court.

22           The parties agree that the delay resulting from the continuance shall be excluded in

23   the interests of justice, including but not limited to, the need for the period of time set forth herein

24   for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

25   ///

26   ///

27   ///

28   ///

Dated:  March 7, 2012                              BENJAMIN WAGNER
                                                   United States Attorney


                                        By:        /s/ Kathleen A. Servatius
                                                   KATHLEEN A. SERVATIUS
                                                   Assistant United States Attorney,
                                                   Attorney for Plaintiff


Dated:  March 7, 2012                              HARRY M. DRANDELL
                                                   Law Offices of Harry M. Drandell


                                        By:        /s/ Harry M. Drandell
                                                   HARRY M. DRANDELL
                                                   Attorney for Defendant,
                                                   ERIC BEAUCHAMP




                                   **O R D E R**

        IT IS SO ORDERED.  Time is excluded pursuant to §§3161(h)(7)(A), (B)(ii), and

(iv).

        IT IS SO ORDERED.

        **Dated:    March 7, 2012            /s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

2