1

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**

2

1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721

3

PHONE (559) 442-8888
FAX (559) 442-8891

4

5

ATTORNEYS FOR  Defendant, Eric Beauchamp

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

* * * * *

11

UNITED STATES OF AMERICA,  )        **CASE NO:  1:11-CR-00384 AWI**
                           )
12
      Plaintiff,           )        **STIPULATION TO CONTINUE MOTIONS**
                           )        **HEARING; ORDER**
13

v.                         )
                           )
14

ERIC BEAUCHAMP,            )        Date: April 9, 2012
                           )        Time: 1:00 p.m.
15
      Defendant.           )        HON. DENNIS L. BECK
   _____ )   Dept. 9

16

17              IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel that the motions hearing in the above-captioned matter now set for April 9, 2012,

19   may be continued to May 14, 2012, at 1:00 p.m.

20              The reason for continuance is to permit counsel additional time in which to file a

21   supplemental motion for discovery based on his review of discovery recently received.  This

22   continuance will conserve time and resources for both parties and the court.

23              The parties agree that the delay resulting from the continuance shall be excluded in

24   the interests of justice, including but not limited to, the need for the period of time set forth herein

25   for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

26   ///

27   ///

28   ///

1    Dated:  April 6, 2012                    BENJAMIN WAGNER
                                             United States Attorney
2

3
                                    By:    /s/ Kathleen A. Servatius
4                                          KATHLEEN A. SERVATIUS
                                           Assistant United States Attorney,
5                                          Attorney for Plaintiff

6

7    Dated:  April 6, 2012                    HARRY M. DRANDELL
                                             Law Offices of Harry M. Drandell
8

9
                                    By:    /s/ Harry M. Drandell
10                                         HARRY M. DRANDELL
                                           Attorney for Defendant,
11                                         ERIC BEAUCHAMP

12

13

14

15                                    **O R D E R**

16           Time is excluded pursuant to §§3161(h)(7)(A), (B)(ii), and (iv).

17      IT IS SO ORDERED.

18      **Dated:   April 6, 2012**          /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

                                         2