(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Eric Beauchamp

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO: 1:11-CR-00384 AWI-BAM** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE; ORDER** |
| v. ) | |
| ) | |
| ERIC BEAUCHAMP, ) | Date: February 11, 2013 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | HON. BARBARA A. McAULIFFE |
| ) | Dept. 8 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 11, 2013, be continued to March 11, 2013, at 1:00 p.m.

The reason for continuance is to permit counsel additional time in which to conduct further investigation and to reach a plea agreement that is appropriate and agreeable to all parties. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

///

///

///

| | | |
|---|---|---|
| Dated: February 7, 2013 | | BENJAMIN WAGNER<br>United States Attorney |
| | | |
| | By: | /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney,<br>Attorney for Plaintiff |
| | | |
| Dated: February 7, 2013 | | HARRY M. DRANDELL<br>Law Offices of Harry M. Drandell |
| | | |
| | By: | /s/ Harry M. Drandell<br>HARRY M. DRANDELL<br>Attorney for Defendant,<br>ERIC BEAUCHAMP |

## **O R D E R**

IT IS HEREBY ORDERED that the Status Conference presently set for February 11, 2013, at 1:00 p.m. is continued to March 11, 2013, at 1:00 p.m. to be heard before the Honorable Barbara A. McAuliffe, Courtroom 3.

IT IS SO ORDERED.

**Dated:   February 7, 2013**            /s/ **Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE

2