**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Eric Beauchamp

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>           Plaintiff,                              )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>ERIC BEAUCHAMP,                      )<br>                                                            )<br>           Defendant.                         )<br>_____) | **CASE NO: 1:11-CR-00384 AWI-BAM**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date: May 13, 2013<br>Time: 1:00 p.m.<br>HON. BARBARA A. McAULIFFE<br>Dept. 8/3 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 13, 2013, be continued to June 10, 2013, or July 8, 2013 (preferred date), at 1:00 p.m.

The reason for the continuance is to permit counsel additional time in which to reach a plea agreement in the matter. By way of history, the Government conveyed a new and different offer on April 5, 2013, which was conveyed to the defendant at the last status conference hearing of April 8, 2013 (and again at the U.S. Marshal's office on April 17, 2013, as the defendant is currently housed at the Lerdo Jail facility), wherein the matter was continued to May 13, 2013. However, the parties are continuing to negotiate a plea agreement in the matter and are requesting additional time in which to finalize a negotiated settlement that is appropriate and agreeable to all parties. This continuance will conserve time and resources for both parties and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

Dated: May 9, 2013

BENJAMIN WAGNER
United States Attorney

By:   /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney,
Attorney for Plaintiff

Dated: May 9, 2013

HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By:   /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ERIC BEAUCHAMP

## O R D E R

IT IS HEREBY ORDERED that the Status Conference presently set for May 13, 2013, at 1:00 p.m. is continued to July 22, 2013, at 1:00 p.m. to be heard before the Honorable Barbara A. McAuliffe, Courtroom /3. Delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv)

IT IS SO ORDERED.

**Dated:   May 9, 2013**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE