(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Eric Beauchamp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BEAUCHAMP,<br><br>Defendant. | CASE NO.: **1:11-CR-00384 AWI-BAM**<br><br>**STIPULATION & ORDER TO CONTINUE TIME IN WHICH TO FILE FORMAL OBJECTIONS;**<br><br>Date: **January 21, 2014**<br>Time: **10:00 a.m.**<br>HON. **ANTHONY W. ISHII**<br>Dept: **2** |

This court has previously set sentencing in the above-captioned matter to January 21, 2014, in order to allow defense counsel additional time in which to file both formal and informal objections.

Pursuant to the court's order, defense counsel filed informal objections on December 16, 2013, and is to file formal objections, if necessary, by December 30, 2013.  However, not having received Probation's response to Defendant's informal objections, defense counsel telephoned Probation Officer, Adrian Garcia on December 23, 2013.  Mr. Garcia advised that due to the "holiday schedule" he would not be able to file his response until Monday, December 30, 2013.  Given this development, and given defense counsel's planned vacation from December 31, 2013, to January 6, 2014, defense counsel is requesting that he be allowed to file formal objections on or before January 13, 2014.

On December 23, 2013, Assistant United States Attorney, Kathleen Servatius, indicated she did not object to a continuance to allow counsel additional time to file formal objections.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

Dated: December 23, 2013           BENJAMIN WAGNER
                                   United States Attorney


                            By:    /s/ Kathleen A. Servatius
                                   KATHLEEN A. SERVATIUS
                                   Assistant United States Attorney,
                                   Attorney for Plaintiff


Dated: December 23, 2013           HARRY M. DRANDELL
                                   Law Offices of Harry M. Drandell


                            By:    /s/ Harry M. Drandell
                                   HARRY M. DRANDELL
                                   Attorney for Defendant,
                                   ERIC BEAUCHAMP


                              O R D E R

IT IS HEREBY ORDERED that defense counsel has until January 13, 2014, in order to file Formal Objections.

IT IS SO ORDERED.

Dated:   December 24, 2013                    _____
                                              SENIOR DISTRICT JUDGE

---

2
STIPULATION TO CONTINUE TIME TO FILE FORMAL OBJECTIONS