BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:11CR384 AWI BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; AND PROPOSED ORDER |
| v. | |
| ERIC CHARLES BEAUCHAMP, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kathleen A. Servatius, Assistant U.S. Attorney and Harry M. Drandell, attorney for the defendant, that the sentencing hearing set for January 21, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii be continued to February10, 2014 at 10:00 am.  The reason for the request is because I have been out of the office since the beginning of the year due to a broken foot.  I have not had an opportunity to respond to the defendants sentencing memo.  I anticipate being back to work next week but will be requesting a continuance of the sentencing so the government can file a response.

   The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

U.S. v. Beauchamp Stipulation                 1

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 17, 2014                                   Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                     By    /s/ Kathleen A. Servatius
                                                   KATHLEEN A. SERVATIUS
                                                   Assistant U.S. Attorney

Dated: January 17, 2014                                   /s/ Harry M. Drandell
                                                     DANIEL L. HARRALSON
                                                   Attorney for defendant

IT IS HEREBY ORDERED.that the Sentencing Hearing presently set for January 21, 2014, at 10:00 a.m., is continued to February 10, 2014, at 10:00 a.m., to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

Dated:   January 17, 2014                             _____
                                                    SENIOR  DISTRICT  JUDGE