(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Eric Beauchamp

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:11-CR-00384 AWI-BAM** |
| Plaintiff, | **REQUEST TO CONTINUE SENTENCING HEARING;  ORDER** |
| v. | |
| ERIC BEAUCHAMP, | Date:  February 10, 2014 |
| Defendant. | Time:  10:00 a.m. |
| | HON. ANTHONY W. ISHII |
| | Dept:  2 |

IT IS HEREBY REQUESTED by the Defendant that the sentencing hearing in the above-captioned matter now set for February 10, 2014, be continued two weeks to February 24, 2014.

The reason for the continuance is to permit Defendant additional time in which to prepare a Reply to the Government's Sentencing Memorandum, Document 113 (55 pages). Given the breadth and extent of the Government's opposition to Defendant's Sentencing Memorandum, Defendant wishes to respond.

On February 3, 2014, Assistant United States Attorney, Kathleen Servatius, indicated she would like to proceed with sentencing on Monday (February 10, 2014) as scheduled.

Defendant submits that good cause is shown for this continuance and agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including, but

not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

Dated:  February 6, 2013                     Respectfully submitted,
                                             LAW OFFICES OF HARRY M. DRANDELL


                                             /s/ Harry M. Drandell
                                             HARRY M. DRANDELL
                                             Attorney for Defendant
                                             ERIC BEAUCHAMP



**O R D E R**

IT IS HEREBY ORDERED that the Sentencing Hearing presently set for February 10, 2014, at 10:00 a.m. is continued to February 24, 2014, at 10:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.


IT IS SO ORDERED.

Dated:   February 6, 2014                    _____
                                             SENIOR  DISTRICT  JUDGE