UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BEAUCHAMP,<br><br>Defendant. | No. 1:11-CR-00384-NONE<br><br><u>ORDER GRANTING REQUEST TO SEAL DOCUMENTS</u> |

The court, having considered defendant's Request to Seal Documents, his Notice of Request to Seal Medical Records, including the Declaration of Harry M. Drandell in Support of Request to Seal Documents, finds compelling reasons for the filing of the documents under seal. Therefore, defendant's request to seal the documents attached as Exhibits 22 and 23 is GRANTED.

This Order regarding sealing will be permanent, and no one is to have access to these documents except for the court, opposing counsel, and anyone this court deems appropriate.

It is hereby ordered that the defendant's Request to Seal Documents and Declaration of Harry M. Drandell in Support of Request to Seal Documents shall be **FILED UNDER SEAL.**

IT IS SO ORDERED.

Dated:   **September 2, 2020**

_____
UNITED STATES DISTRICT JUDGE