1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                       IN THE UNITED STATES DISTRICT COURT
9
                           EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | 1:11-CR-00384-NONE

12 |                Plaintiff, | STIPULATION FOR GOVERNMENT'S
                               | RESPONSE TO DEFENDANT'S MOTION FOR
13 |           v.              | COMPASSIONATE RELEASE

14 | ERIC BEAUCHAMP,

15 |                Defendant.

16

17     The United States of America, by and through McGREGOR W. SCOTT, United States Attorney,

18 and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Eric

19 Beauchamp, by and through his attorney, Harry Drandell, hereby stipulate that the government's

20 response to the defendant's motion for compassionate release shall be filed on or before October 1,

21 2020.  The defendant's reply shall be due on or before October 21, 2020.

22  Dated:  September 3, 2020                Respectfully,

23                                           McGREGOR W. SCOTT
                                             United States Attorney
24

25                                           /s/  *Kathleen Servatius*
                                             KATHLEEN A. SERVATIUS
26                                           Assistant United States Attorney

27
   Dated:  September 3, 2020                 /s/ *Harry Drandell*
28                                           Harry Drandell, Attorney for Eric Beauchamp

   STIPULATION FOR EXTENSION OF TIME AND ORDER
   THEREON

**ORDER**

IT IS SO ORDERED.

Dated: __**September 15, 2020**__    _____
UNITED STATES DISTRICT JUDGE